UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LINDA SLADE, individually and of behalf of all others similarly situated,

                Plaintiffs,

-against-

FUNCTIONAL FRAGRANCES INCORPORATED,

                Defendant.

24-CV-10 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

    In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **April 22, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: April 8, 2024
       New York, New York

                                              SO ORDERED.

                                              *Jessica Clarke*

                                              JESSICA G. L. CLARKE
                                              United States District Judge